IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUSIANA, et al., *Plaintiffs*, v. UNITED STATES DEPARTMENT OF COMMERCE, et al., *Defendants*. | Case No. 6:25-cv-00076-DCJ-DJA |

**[PROPOSED] ORDER GRANTING PROPOSED INTERVENORS'
MOTION TO INTERVENE**

The Court having considered the opposed motion to intervene of Proposed Intervenors Carrie Nicolas, Hannah Victoria Morgan, Lucia Ornelas, Gabriel Reiss, and Veronica Zavala, and all the grounds presented, it is hereby ORDERED that the Proposed Intervenors' motion is GRANTED. The Proposed Intervenors are permitted to participate in this matter as Intervenor-Defendants, enjoying full rights as parties, and their Proposed Answer is "deemed filed." LR 7.6.

IT IS SO ORDERED.

This _____ day of _____ 2025.

_____
UNITED STATES DISTRICT JUDGE