AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

6:25-CV-00076 DCJ-DJA
## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **Gina Raimondo,** Secretary U.S. Department of Commerce, 140 Constitution Ave NW, Washington, DC 20230 , was received by me on *(date)* February 5, 2025

- I personally served the summons on at *(place)* _____ _____ _____ on *(date)* _____ _____ ; or .

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ _____ ; or _____

- Other *(specify)*: <u>Case documents packaged and provided by AAG Jay Rodriguez and were given to SAC Matthew Simpson, who transported the items to the USPS located at 424 S. Kansas Ave. Ste 1, Topeka, KS 66603 where they were presented to be certified mail to Gina Raimondo.  A receipt was obtained</u>.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: <u>February 5, 2025</u>

_____
*Server's signature*

Matthew Simpson, Special Agent in Charge
*Printed name and title*

120 SW 10th Ave., 2nd Floor, Topeka, KS  66612
*Server's address*

Additional information regarding attemped service, etc:

