AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

6:25–CV–00076  DCJ–DJA
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Gina Raimondo**, C/O US Attorney's Office, Western Dist. of Louisiana,
800 Lafayette Street, Ste 220, Lafayette, LA 70501 __6832  *(date)February 4, 2025*

- I personally served the summons on at *(place)*
  _____ __   _____  _____ on *(date)*  _____   _____
  ; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____  _____  ___ , a person of suitable age and discretion
  who resides there, on *(date)*  _____  , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)*  _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____  ____  _____  _____  _____ on *(date)*
  _____  ____  ; or

- Other *(specify):* Case documents packaged and provided by AAG Jay Rodriguez and were
  given to SAC Matthew Simpson, who transported the items to the USPS located at 424 S.
  Kansas Ave. Ste 1, Topeka, KS 66603 where they were presented to be certified mail to
  Gina Raimondo, c/o US Attorney's Office, Western Dist of Louisiana, Lafayette, LA.  A
  receipt was obtained.

My fees are $ _____ for travel and $ __ ___ for services, for a total of $
_____

I declare under penalty of perjury that this information is true.

Date: February 5, 2025                          _____
                                                 *Server's signature*

                                                Matthew Simpson, Special Agent in Charge
                                                *Printed name and title*

                                                120 SW 10th Ave., 2nd Floor, Topeka, KS  66612
                                                *Server's address*

Additional information regarding attemped service,
etc:



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Lafayette LA 70501

Certified Mail Fee $4.85

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage $2.59

Gina Raimondo, Sec U.S. Dept of Commerce
c/o US Attorney's Office
Western District of Louisiana
800 Lafayette Street, Suite 220
Lafayette, LA 70501-6832

02/04/2025

Postmark Here

9589 0710 5270 1519 9926 23

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions