UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Elizabeth B. Murrill, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>*Defendants*. | No. 6:25-cv-00076-DCJ-DJA |

## NOTICE OF APPEARANCE

Please take notice that the undersigned counsel hereby enters his appearance on behalf of Defendants the United States Department of Commerce, Jeremy Pelter, in his official capacity as Acting Secretary of Commerce, the United States Census Bureau, and Robert L. Santos, in his official capacity as Director of the Census Bureau in the above-captioned matter.[1]

Dated: February 13, 2025                         Respectfully submitted,

/s/ *Kevin K Bell*
KEVIN K. BELL
(GA Bar No. 967210)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-8613
E-mail: Kevin.K.Bell@usdoj.gov
*Counsel for the United States*

---

[1] Under Fed. R. Civ. P. 25(d), Jeremy Pelter is automatically substituted for Gina Raimondo because he has taken over as Acting Secretary of Commerce.

1

**CERTIFICATE OF SERVICE**

On February 13, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court for the Western District of Louisiana, using the electronic case filing system of the Court. I hereby certify that I have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

                                                  */s/ Kevin K. Bell*
                                                  KEVIN BELL
                                                  (GA Bar No. 967210)
                                                  Trial Attorney