IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **THE STATE OF LOUISIANA**, By and through its Attorney General, Elizabeth B. Murrill;<br>**THE STATE OF KANSAS**, By and through its Attorney General, Kris W. Kobach;<br>**THE STATE OF OHIO**, By and through its Attorney General, Dave Yost; and<br>**THE STATE OF WEST VIRGINIA**, By and through its Attorney General, John B. McCuskey,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>**UNITED STATES DEPARTMENT OF COMMERCE**;<br>**JEREMY PELTER**, in his official capacity as Acting Secretary of Commerce;<br>**BUREAU OF THE CENSUS**, an agency within the United States Department of Commerce; and<br>**ROBERT L. SANTOS**, in his official capacity as Director of the U.S. Census Bureau,<br><br>   *Defendants*. | **Case No. 6:25-cv-00076-DCJ-DJA**<br><br>Judge:    Hon. David C. Joseph<br>Magistrate Judge: Hon. David J. Ayo<br><br>**[PROPOSED] ORDER GRANTING COUNTY OF SANTA CLARA'S MOTION TO INTERVENE** |

# [PROPOSED] ORDER GRANTING
# COUNTY OF SANTA CLARA'S MOTION TO INTERVENE

Upon consideration of the Motion to Intervene and Memorandum in Support thereof submitted by the County of Santa Clara, California (the "County") (Dkt. No. _____), the Court finds that the County is entitled to intervene in this action pursuant to Federal Rule of Civil Procedure 24 and, therefore, **IT IS HEREBY ORDERED** that:

(1)   the County's Motion to Intervene is **GRANTED**;

(2)   the County be entered as a Defendant-Intervenor; and

(3)   the Clerk of Court shall docket the County's Answer to Plaintiffs' Complaint, which was attached to the County's Motion to Intervene.

**IT IS SO ORDERED** on this _____ day of _____, 2025.

_____
Hon. David C. Joseph
UNITED STATES DISTRICT JUDGE

3207990