**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

| | |
|---|---|
| **THE STATE OF LOUISIANA**, By and through its Attorney General, Elizabeth B. Murrill;<br>**THE STATE OF KANSAS**, By and through its Attorney General, Kris W. Kobach;<br>**THE STATE OF OHIO**, By and through its Attorney General, Dave Yost; and<br>**THE STATE OF WEST VIRGINIA**, By and through its Attorney General, John B. McCuskey,<br><br>*Plaintiffs*,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF COMMERCE**;<br>**JEREMY PELTER**, in his official capacity as Acting Secretary of Commerce;<br>**BUREAU OF THE CENSUS**, an agency within the United States Department of Commerce; and<br>**ROBERT L. SANTOS**, in his official capacity as Director of the U.S. Census Bureau,<br><br>*Defendants*. | **Case No. 6:25-cv-00076-DCJ-DJA**<br><br>Judge:          Hon. David C. Joseph<br>Magistrate Judge:   Hon. David J. Ayo<br><br><br>**DECLARATION OF GRETA S. HANSEN IN SUPPORT OF COUNTY OF SANTA CLARA'S MOTION TO INTERVENE** |

## DECLARATION OF GRETA S. HANSEN

I, GRETA S. HANSEN, declare as follows:

1.    I am the Chief Operating Officer for the County of Santa Clara (the "County"). I submit this Declaration in support of the County's Motion to Intervene in the above-captioned case. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify to them competently under oath.

2.    I have been the Chief Operating Officer for the County since August 2022. In this capacity, I supervise and oversee the County's operations. This includes, among other things, participation in the development and implementation of County departments' budgets.

3.    Prior to my role as Chief Operating Officer, I served as Chief Assistant County Counsel in the Office of the County Counsel, which provides legal services and advice for the County. In that role, I advised the County Board of Supervisors and executives on a broad range of legal issues, including issues involving finance, local governance, and local policy issues. I began my service with the Office of the County Counsel in 2009, became a Lead Deputy County Counsel in 2010, and served as Chief Assistant County Counsel from October 2016 to August 2022.

4.    I am familiar with the County's demographics, policies, structure, operations, and budgeting processes, and I am currently integrally involved in the County's budget process.

5.    The County was established in 1850 as one of the first counties in California. The County serves the geographic region of Santa Clara County, which includes approximately 1,300 square miles and fifteen incorporated cities and towns, including the cities of San José, Gilroy, Milpitas, and Mountain View. Today, approximately 1.88 million people reside in Santa Clara County, many of whom are immigrants, and rely on the County to provide essential services,

1

such as law enforcement, health care, care for the County's dependent youth and elderly, and other social services.  The County provides basic safety-net services to the most vulnerable residents in our community.  It also serves the public more generally in areas such as emergency response and public health services.  The County oversees an extensive array of public health and public safety functions in Santa Clara County, including emergency planning and services, disease control and prevention, and criminal justice administration.  The County also operates roads, airports, parks, libraries, election systems, and many other critical functions.

6.      The most recent Census Bureau estimate of Santa Clara County's population of which I am aware is attached as Exhibit B to the Declaration of Rachel A. Neil in Support of the County of Santa Clara's Motion to Intervene ("Neil Declaration").  That Census Bureau estimate states that the population of Santa Clara County is approximately 1.88 million people.  I am also aware of reliable estimates of the magnitude of Santa Clara's population of noncitizens who lack proper legal documentation ("undocumented persons") and other noncitizens who hold temporary visas and are not lawful permanent residents ("non-LPRs").

7.      The Migration Policy Institute, a non-partisan organization specializing in analysis of U.S. and global immigration, estimated based on 2015-2019 data that Santa Clara County has approximately 134,000 undocumented residents and is among the 20 local jurisdictions with the largest populations of unauthorized immigrants in the nation.  A spreadsheet showing this result by the Migration Policy Institute, titled "National and County Estimates of the Unauthorized Immigrant Population, 2015-19," is attached as Exhibit C to the Neil Declaration.  That same spreadsheet also reflects the Migration Policy Institute's estimates, based on the same data, that the State of California as a whole had more than 2.7 million undocumented community members—approximately 1 million more than the State of Texas,

2

which is the state with the second-largest population of undocumented individuals.  This California figure is important based on my understanding that some of the County's Census-Based Federal Funding depends on statewide census population data.  (By "Census-Based Federal Funding," I intend to refer to the funding identified in the Census Bureau publication "Uses of Decennial Census Programs Data in Federal Funds Distribution: Fiscal Year 2021," which is attached as Exhibit D to the Neil Declaration.)

8.    Analysis of data from U.S. Citizenship and Immigration Services (USCIS) likewise indicates that California, and Santa Clara County in particular, have a disproportionately large share of the nation's population of non-LPRs with H-1B visas, which are work visas reserved for highly skilled professionals working in specialty occupations.  In a report attached as Exhibit E to the Neil Declaration, the State Science & Technology Institute found that USCIS data from 2019 through 2023 showed that California is the state with the most H-1B workers. An analysis of 2010-2016 data by the Pew Research Center that is attached as Exhibit F to the Neil Declaration indicates that the San José-Sunnyvale-Santa Clara metropolitan area, which is the largest area within Santa Clara County, had by far the highest rate of H-1B visa approvals in California and one of the highest such rates anywhere in the country.  And based on USCIS and other data, an American Immigration Council report attached as Exhibit G to the Neil Declaration determined that the City of San José, the most populous city in Santa Clara County, was home to 215,700 H-1B recipients, the second-largest population in the country.  Further, a report from USCIS's own "H-1B Employer Datahub," attached as Exhibit H to the Neil Declaration, shows that in Fiscal Year 2024, Santa Clara County was home to six of the ten employers in California with the highest number of approved H-1B applications.

9.      County staff in the Department of the Controller-Treasurer prepared the document attached hereto as Exhibit A, which states the revenue the County received from certain specified Census-Based Federal Funding streams for the Fiscal Year ending June 30, 2023 (FY23).  As set out in Exhibit A, in FY23 the County received approximately $418 million from these specified streams of Census-Based Federal Funding.

10.     The County's Census-Based Federal Funding streams fund many of the critical and safety net services that the County provides.  As Exhibit A shows, in FY23 the County received more than $190 million for Medicare, more than $3 million for senior nutrition, and more than $100 million in Temporary Assistance to Needy Families (TANF).

11.     Several of the Census-Based Federal Funding streams received by the County fund, either fully or partially, federally derived entitlement programs—that is, they fund programs that must be provided to eligible County residents.  The Medicare funding discussed above is one example of this, as are funding streams for TANF, Child Nutrition, and the Special Supplemental Nutrition Program for Women, Infants, and Children (WIC).

12.     The County is designated by state law as the safety-net service provider for Santa Clara County.  Accordingly, if the federal government fails to provide funding for fundamental needs like child welfare, public health, and healthcare, the responsibility for filling the funding gap will, in many cases, ultimately fall to the County.  For example, California law requires the County—and every county in California—to "relieve and support all incompetent, poor, indigent persons, and those incapacitated by age, disease, or accident, lawfully resident therein, when such persons are not supported and relieved by their relatives or friends, by their own means, or by state hospitals or other state or private institutions."  Cal. Welf. & Inst. Code § 17000.  Under this provision, counties are responsible for providing "last resort" assistance to indigent residents

4

Declaration of Greta S. Hansen in Support of                                    Case No. 6:25-cv-00076-DCJ-DJA
County of Santa Clara's Motion to Intervene

who are not eligible for other forms of assistance.  This responsibility consists of an obligation to provide financial assistance, typically through a General Assistance or General Relief program, and an obligation to provide subsistence medical care.

13.    As part of its efforts to fulfill these and other statutory obligations, the County operates the only safety-net health system in Santa Clara County.  The County's health system, which includes three general acute care hospitals, is legally obligated to provide emergency services and treatment to any person presenting with an emergency medical condition without regard to citizenship, immigration status, insurance status, or ability to pay.  If the decennial census omits undocumented persons and non-LPRs from its "actual Enumeration," the County would be deprived of needed funding for healthcare, public health, and other Census-Based Federal Funding at levels that are based on its true population.

14.    Other provisions of California law also assign to the County the "function and responsibility" to administer "public social services," Cal. Welf. & Inst. Code § 10800, and to "establish and maintain" specific groups within its "welfare department which shall have sole responsibility for the operation of the child welfare services program," *id.* § 16500.  The County's Census-Based Federal Funding include funding needed to fulfill these obligations, including Social Services Block Grants and funding for Foster Care programs.  *See* Ex. A.  If these funding streams are reduced, the County will undoubtedly face increased financial burden in fulfilling its responsibilities under these state laws.

15.    Under California law, the County must use the federal census as the basis for adjusting the boundaries of the districts for its Board of Supervisors every 10 years.  Cal. Elec. Code §§ 21130(a), 21500.  To the extent the federal census does not count undocumented persons and non-LPRs, the boundaries of the County Board of Supervisors will be different than

Declaration of Greta S. Hansen in Support of                                  Case No. 6:25-cv-00076-DCJ-DJA
County of Santa Clara's Motion to Intervene

they otherwise would be.  For instance, the population of undocumented persons and non-LPRs in Santa Clara County is not spread evenly throughout Santa Clara County, so in making each supervisorial district contain equal population, as required by state law, it matters whether the census population data the County must use to draw the districts excludes undocumented persons and non-LPRs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___2|14|2025___ at San José, California.

_____
GRETA S. HANSEN

3208410

6

Declaration of Greta S. Hansen in Support of
County of Santa Clara's Motion to Intervene

Case No. 6:25-cv-00076-DCJ-DJA

# Exhibit A

County of Santa Clara FY23 Revenue from Census-Based Funding Streams

| Program Title | ASSISTANCE LISTING NO. | FY23 Revenue from Federal Funding |
|---|---|---|
| National School Breakfast Program | 10.553 | $ 83,708 |
| National School Lunch Program | 10.555 | $ 136,620 |
| WIC | 10.557 | $ 81,117 |
| WIC | 10.557 | $ 4,689,905 |
| Community Dev. Block Grants-Revolving Loan Fund - Rehab | 14.218 | $ 200,104 |
| Community Dev. Block Grants-Revolving Loan Fund - Rehab | 14.218 | $ 60,820 |
| Community Dev. Block Grants-Revolving Loan Fund - Rehab | 14.218 | $ 18,971 |
| Community Dev. Block Grants-Revolving Loan Fund - Rehab | 14.218 | $ 34,174 |
| Community Dev. Block Grants-Revolving Loan Fund - Rehab | 14.218 | $ 1 |
| Community Dev. Block Grants-Revolving Loan Fund - Rehab | 14.218 | $ 50,363 |
| Community Dev. Block Grants-Revolving Loan Fund - Rehab | 14.218 | $ 2,232,538 |
| Community Dev. Block Grants-Revolving Loan Fund - Rehab | 14.218 | $ 545,248 |
| Community Dev. Block Grants-Revolving Loan Fund - Rehab | 14.218 | $ 6,544,436 |
| Home Investment Partnerships Program | 14.239 | $ 1,090,271 |
| Unserved/Underserved Victim Advoc. & Outreach Program (UV) | 16.575 | $ 122,258 |
| Unserved/Underserved Victim Advoc. & Outreach Program (UV) | 16.575 | $ 116,933 |
| Unserved/Underserved Victim Advoc. & Outreach Program (XV) | 16.575 | $ 89,326 |
| SCC Victim Witness Assistance Program (VW) | 16.575 | $ 611,932 |
| SCC Victim Witness Assistance Program (VW) | 16.575 | $ 1,446,069 |
| County Victim Services Program-XC | 16.575 | $ 236,064 |
| County Victim Services Program-XC | 16.575 | $ 272,173 |
| Human Trafficking Advocacy Program (HA) | 16.575 | $ 74,201 |
| Human Trafficking Advocacy Program (HA) | 16.575 | $ 92,023 |
| Child Advocacy Center Program (KC) | 16.575 | $ 57,985 |
| Local Law Enforcement Crime Gun Intelligence Center Integration Initiative | 16.738 | $ 104,768 |
| Equitable Sharing Program | 16.738 | $ 552,793 |
| Edward Byrne Memorial Justice Assistance Grant | 16.738 | $ 579,948 |
| Paul Coverdell Forensic Sciences Improvement | 16.742 | $ 83,029 |
| Highway Planning and Construction | 20.205 | $ 130,946 |
| Highway Planning and Construction | 20.205 | $ 1,414,129 |
| Highway Planning and Construction | 20.205 | $ 34,265 |
| Highway Planning and Construction | 20.205 | $ 94,648 |
| Highway Planning and Construction | 20.205 | $ 120,366 |
| Highway Planning and Construction | 20.205 | $ 126,419 |
| Highway Planning and Construction | 20.205 | $ 136,710 |
| Highway Planning and Construction | 20.205 | $ 140,909 |
| Highway Planning and Construction | 20.205 | $ 150,859 |
| Highway Planning and Construction | 20.205 | $ 139,130 |

County of Santa Clara FY23 Revenue from Census-Based Funding Streams

| | | |
|---|---|---|
| Highway Planning and Construction | 20.205 | $ 40,954 |
| Highway Planning and Construction | 20.205 | $ 16,640 |
| Highway Planning and Construction | 20.205 | $ 16,640 |
| Highway Planning and Construction | 20.205 | $ 9,906,475 |
| PATH | 93.150 | $ 106,696 |
| Temporary Assistance for Needy Families (Asst) | 93.558 | $ 22,059,916 |
| Temporary Assistance for Needy Families (Admin) | 93.558 | $ 85,431,744 |
| Temporary Assistance for Needy Families (CalWIN) | 93.558 | $ 226,381 |
| Stephanie Tubbs Jones Child Welfare Services Program | 93.645 | $ 1,067,832 |
| California Well Being Project - Title IV-E | 93.658 | $ 3,803,566 |
| Foster Care - Title IV-E (Asst) | 93.658 | $ 4,930,199 |
| Foster Care - Title IV-E (Admin) | 93.658 | $ 32,700,754 |
| Adoption Assistance (Asst) | 93.659 | $ 16,300,678 |
| Adoption Assistance (Admin) | 93.659 | $ 3,222,222 |
| Social Services Block Grant (Title XX) Asst | 93.667 | $ 475,576 |
| Social Services Block Grant (Title XX) Admin | 93.667 | $ 1,815,636 |
| CCS Title XXI | 93.767 | $ 845,076 |
| Black Infant Health (BIH) Title XIX | 93.778 | $ 333,669 |
| CCS Title XIX | 93.778 | $ 4,643,285 |
| CHDP, HCPCFC | 93.778 | $ 411,446 |
| CHDP, HCPCFC | 93.778 | $ 160,189 |
| CHDP, HCPCFC | 93.778 | $ 249,564 |
| CHDP, HCPCFC | 93.778 | $ 774,637 |
| CHDP, HCPCFC | 93.778 | $ 159,747 |
| CHDP, HCPCFC | 93.778 | $ 34,091 |
| MCAH Title XIX | 93.778 | $ 2,699,227 |
| Medical Assistance Program(IHSS) | 93.778 | $ 76,184,979 |
| Medical Assistance Program(Admin) | 93.778 | $ 105,716,836 |
| Medical Assistance Program(CalWIN) | 93.778 | $ 2,253,842 |
| RW PART A & A-MAI | 93.914 | $ 2,034,142 |
| RW PART A & A-MAI | 93.914 | $ 884,591 |
| SAMHSA MHBG | 93.958 | $ 1,551,853 |
| CCMU | 93.958 | $ 903,050 |
| CRRSAA | 93.958 | $ 587,965 |
| ARPA | 93.958 | $ 644,174 |
| SABG (Substance Use Block grant) | 93.959 | $ 10,712,361 |
| SABG (Substance Use Block grant) - ARPA | 93.959 | $ 877,899 |
| SABG (Substance Use Block grant) - CRRSAA | 93.959 | $ 211,946 |
| BIH Title V | 93.994 | $ 214,807 |
| MCAH Title V | 93.994 | $ 207,918 |
| **Total** | | **$ 418,115,360** |

| | | |
|---|---|---|
| TANF | 93.558 | 107,718,041 |
| Medicare | 93.778 | 193,621,511 |
| Senior Nutrition Program | 93.045 | 3,344,148 |