# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Rachel A. Neil

Bar Number 325160

was duly admitted to practice in this Court on February 24, 2021, and is in good standing as a member of the bar of this Court.



Signed on February 12, 2025 by

Mark B. Busby, Clerk of Court