# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **THE STATE OF LOUISIANA**, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF COMMERCE**, et al.,<br><br>*Defendants*. | Case No. 6:25-cv-00076-DCJ-DJA<br><br>Judge:   Hon. David C. Joseph<br>Magistrate Judge:   Hon. David J. Ayo<br><br>**MOTION TO APPEAR PRO HAC VICE FOR RAPHAEL N. RAJENDRA** |

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted *pro hac vice* to the bar of this court for the purpose of appearing on behalf of proposed Intervenor County of Santa Clara in the above described action.

I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the Northern District of California.  Attached hereto is a certificate of good standing from such court.

There have been no disciplinary proceedings or criminal charges instituted against me.

In accordance with the local rules for the United States District Court, Western District of Louisiana, William Most of the firm of Most & Associates is appointed as local counsel.

I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10.  I also agree to receive notice electronically from other parties and the court via electronic mail.  I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail

1

Motion to Appear *Pro Hac Vice* for Raphael N. Rajendra                    Case No. 6:25-cv-00076-DCJ-DJA
On behalf of Proposed Intervenor County of Santa Clara

notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Dated: February 14, 2025                                          Respectfully submitted,

*/s/ Raphael N. Rajendra*                                         */s/ William Most*
Signature of Applying Attorney                                    William Most (La. Bar No. 36914)
Raphael N. Rajendra                                               MOST & ASSOCIATES
Office of the County Counsel                                      201 St. Charles Ave., Ste. 2500, #9685
County of Santa Clara                                             New Orleans, LA 70170
70 West Hedding Street                                            T: (504) 509-5023
East Wing, 9th Floor                                              Email: williammost@gmail.com
San José, CA 95110
Telephone: (408) 299-5900
Email: Raphael.Rajendra@cco.sccgov.org

3208703

2

Motion to Appear *Pro Hac Vice* for Raphael N. Rajendra                 Case No. 6:25-cv-00076-DCJ-DJA
On behalf of Proposed Intervenor County of Santa Clara