# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **THE STATE OF LOUISIANA**, et al., | Case No. 6:25-cv-00076-DCJ-DJA |
| *Plaintiffs*, | Judge:   Hon. David C. Joseph |
| v. | Magistrate Judge:   Hon. David J. Ayo |
| **UNITED STATES DEPARTMENT OF COMMERCE**, et al., | ORDER GRANTING MOTION FOR PRO HAC VICE |
| *Defendants*. | |

Considering the Motion for Attorney Raphael N. Rajendra to be admitted pro hac vice, IT IS ORDERED that the motion is GRANTED. Raphael N. Rajendra shall be and is hereby admitted to the bar of this Court pro hac vice on behalf of the County of Santa Clara in the above-described action.

**IT IS SO ORDERED** on this _____ day of _____, 2025.

_____
JUDGE

3208708