# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Raphael N. Rajendra

Bar Number 255096

was duly admitted to practice in this Court on December 21, 2015,
and is in good standing as a member of the bar of this Court.

Signed on February 12, 2025 by



Mark B. Busby, Clerk of the Court