IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **THE STATE OF LOUISIANA**, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF COMMERCE**, et al.,<br><br>*Defendants*. | Case No. 6:25-cv-00076-DCJ-DJA<br><br>Judge:             Hon. David C. Joseph<br>Magistrate Judge:   Hon. David J. Ayo<br><br>**ORDER GRANTING MOTION FOR PRO HAC VICE** |

Considering the Motion for Attorney Raphael N. Rajendra to be admitted pro hac vice, IT IS ORDERED that the motion is GRANTED.  Raphael N. Rajendra shall be and is hereby admitted to the bar of this Court pro hac vice on behalf of the County of Santa Clara in the above-described action.

**IT IS SO ORDERED** on this 18th day of February, 2025.

_____
David J. Ayo
United States Magistrate Judge

3208708