UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Elizabeth B. Murrill, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>*Defendants*. | No. 6:25-cv-00076-DCJ-DJA |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO INDIVIDUAL VOTERS' MOTION TO INTERVENE**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Civil Rule 7.9, Defendants respectfully move this Court for an extension of time until March 10, 2025 to respond to the individual voters' (Proposed Intervenors) Motion to Intervene, ECF No. 3. In support of this motion, Defendants state as follows:

1.  On February 18, 2025, Defendants requested a two-week extension of time, ECF No. 38, to respond to the individual voters' Motion to Intervene, ECF No. 3. On February 19, the Court granted Defendants' requested extension. ECF No. 44.

2.  Since Defendants requested an extension of time to respond, new leadership has begun to onboard at the Department of Commerce and Bureau of the Census. Defendants have sought the views of new leadership about this matter, and respectfully request an extension of one week (March 10, 2025) to continue to confer with new leadership about the appropriate response to the individual voters' Motion to Intervene, ECF No. 3.

1

3. The requested extension will not delay the proceedings or otherwise prejudice any party.

4. On March 2, 2025, Defendants sought the view of Plaintiffs on this motion, and they do not oppose the extension. Defendants also sought the view of Proposed Intervenors on this motion, and they likewise do not oppose the extension, provided that their deadline to file a reply—as to both Defendants' and Plaintiffs' response to their Motion—is similarly extended so that they are thereby able to file a single reply. Otherwise, Proposed Intervenors would oppose this Motion for Extension.

For the foregoing reasons, good cause exists for the Court to grant this motion, and Defendants respectfully request that the Court grant the requested extension of time until March 10, 2025 for Defendants to respond to Proposed Intervenors' Motion, ECF No. 3. Defendants also request that Proposed Intervenors' deadline to reply to Plaintiffs, *see* ECF No. 36, likewise be extended. A proposed order is attached.

Dated: March 2, 2025                                    Respectfully submitted,

                                                        YAAKOV M. ROTH
                                                        Acting Assistant Attorney General
                                                        Civil Division

                                                        ALEXANDER K. HAAS
                                                        Director

                                                        STEPHEN M. ELLIOTT
                                                        Assistant Director

                                                        /s/ *Kevin K. Bell*
                                                        KEVIN K. BELL
                                                        (GA Bar No. 967210)
                                                        Trial Attorney
                                                        United States Department of Justice
                                                        Civil Division, Federal Programs Branch
                                                        1100 L St. NW
                                                        Washington, DC 20005

Phone: (202) 305-8613
E-mail: Kevin.K.Bell@usdoj.gov
*Counsel for the United States*

## CERTIFICATE OF CONFERENCE

On March 2, 2025, I met and conferred electronically with Plaintiffs and Proposed Intervenors with respect to this Motion for Extension, pursuant to Local Civil Rule 7.4.1. Plaintiffs indicated that they do not oppose the Motion for Extension, and Proposed Intervenors indicated that they also do not oppose Defendants' Motion for Extension, provided that Proposed Intervenors' deadline to file a reply—as to both Defendants' and Plaintiffs' response to their Motion to Intervene—is similarly extended so that they are thereby able to file a single reply. Otherwise, Proposed Intervenors would oppose this Motion for Extension.

                                                    */s/ Kevin K. Bell*
                                                    KEVIN BELL
                                                    (GA Bar No. 967210)
                                                    Trial Attorney

**CERTIFICATE OF SERVICE**

On March 2, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court for the Western District of Louisiana, using the electronic case filing system of the Court. I hereby certify that I have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

*/s/ Kevin K. Bell*
KEVIN BELL
(GA Bar No. 967210)
Trial Attorney