# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Elizabeth B. Murrill, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>*Defendants*. | No. 6:25-cv-00076-DCJ-DJA |

# [PROPOSED] ORDER

The Court has considered Defendants' Opposed Motion for Stay, ECF No. 46, and finds that there is good cause to grant the motion.

IT IS ORDERED that the case is stayed, including the deadlines to respond to all pending motions, and the Parties shall file a joint status report within 60 days.

SO ORDERED on this, the ___ day of March, 2025.

_____
David J. Ayo
United States Magistrate Judge