**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Elizabeth B. Murrill, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>*Defendants*. | No. 6:25-cv-00076-DCJ-DJA |

**ORDER**

The Court has considered Defendants' Unopposed Motion for Extension of Time, ECF No. 45, to respond to Proposed Intervenors' Motion to Intervene, ECF No. 3, and finds that there is good cause to grant the motion.

IT IS ORDERED that Defendants' deadline to respond to the Motion to Intervene, ECF No. 3, shall be extended to March 10, 2025. IT IS ALSO ORDERED that Proposed Intervenors' deadline to reply to Plaintiffs' response, ECF No. 36, is extended to seven days after Defendants' response to the Motion to Intervene is filed, or if Defendants do not respond, to March 17, 2025.

SO ORDERED on this, the 4th day of March, 2025.

_____
David J. Ayo
United States Magistrate Judge