# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA, ET AL** | **CIVIL DOCKET NO: 6:25-CV-00076** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **UNITED STATES DEPARTMENT OF COMMERCE, ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## ORDER

After careful consideration of MOTION TO STAY ("the Motion") [Doc. 46] filed by U S Census Bureau, U S Department of Commerce, Gina Raimondo and Robert L. Santos;

IT IS ORDERED that the case is STAYED until further order of the Court. In consideration of the stay, the pending Motions to Intervene [Docs. 3 and 30] are **STRICKEN** and shall be re-filed by the Court along with the deadlines for any responsive briefing upon the lifting of this stay. The parties shall file a joint status report on May 2, 2025, after which the Court will schedule a status conference.

THUS DONE AND SIGNED in Chambers on this 6th day of March, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE