IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Elizabeth B. Murrill;<br>THE STATE OF KANSAS, By and through its Attorney General, Kris W. Kobach;<br>THE STATE OF OHIO, By and through its Attorney General, Dave Yost; and<br>THE STATE OF WEST VIRGINIA, By and through its Attorney General, John B. McCuskey<br><br>*Plaintiffs*,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF COMMERCE; JEREMY PELTER, in his official capacity as Acting Secretary of Commerce;<br>BUREAU OF THE CENSUS, an agency within the United States Department of Commerce; and<br>ROBERT L. SANTOS, in his official capacity as Director of the U.S. Census Bureau<br><br>*Defendants*. | Case No.: 6:25-cv-0076-DCJ-DJA<br><br><br>Judge David C. Joseph<br>Magistrate Judge David J. Ayo |

**MOTION TO INTERVENE OF THE LEAGUE OF WOMEN VOTERS,
THE LEAGUE OF WOMEN VOTERS OF FLORIDA, AND
THE LEAGUE OF WOMEN VOTERS OF NEW YORK STATE**

The League of Women Voters of the United States ("LWV")[1], the League of Women Voters of Florida ("LWVFL"), and the League of Women Voters of New York State ("LWVNYS") (collectively, "the League"), by and through their undersigned counsel, respectfully move to intervene as Defendants in this matter as of right pursuant to Federal Rule of Civil Procedure ("Rule") 24(a) or in, the alternative, move for permissive intervention pursuant to Rule 24(b). Pursuant to Rule 24(c), Proposed Intervenors' Memorandum in Support of this Motion and Answer is attached hereto as Attachments 1 and 5, respectively.[2]

Complying with Local Rule 7.6, on April 8, 2025, counsel for LWV, LWVFL, and LWVNYS informed all parties of their proposed intervention and presented their proposed Answer to all parties who have an interest to oppose. Plaintiffs oppose the proposed intervention; proposed Defendant-Intervenors Hannah Victoria Morgan, et. al., and proposed Defendant-Intervenor County of Santa Clara do not oppose the proposed intervention; and as of the time of writing, Defendants have not stated their position.

Dated: April 10, 2025

Respectfully submitted by,

*/s/ Avner M. Shapiro*
Bradley E. Heard*
Avner M. Shapiro*
SOUTHERN POVERTY LAW CENTER
1101 17th St. NW Ste 550

---

[1] The League comprises two branches: the League of Women Voters of the United States ("LWVUS") and the League of Women Voters Education Fund ("LWVEF"). LWVUS "encourages informed and active participation in government, works to increase understanding of major public policy issues, and influences public policy through education, and advocacy." LWVUS is a 501(c)(4) social welfare organization. *See* LVW, Ways to Give, https://perma.cc/U3VP-HETC. LWVEF "works to register and provide voters with election information through its election resource VOTE411.org, candidate forums, and debates."

[2] Proposed Intervenors recognize that this matter has been stayed indefinitely and are filing this motion in an abundance of caution to ensure that, if the case goes forward, their application for intervention is considered along with the other applicants.

Washington, DC. 20036
(240) 890-1735
avner.shapiro@splcenter.org
bradley.heard@splcenter.org

*/s/ Rose Murray*
Rose Murray, La. Bar No. 34690
Ahmed K. Soussi, La. Bar No. 38414
SOUTHERN POVERTY LAW CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
(504) 579-3175
rose.murray@splcenter.org
ahmed.soussi@splcenter.org

\* Applications for admission *pro hac vice* pending

*Attorneys for Proposed Defendant-Intervenors the National League of Women Voters ("LWV"), the Florida League of Women Voters ("LWVFL"), and the New York League of Women Voters ("LWVNYS")*