IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Elizabeth B. Murrill; <br> THE STATE OF KANSAS, By and through its Attorney General, Kris W. Kobach; <br> THE STATE OF OHIO, By and through its Attorney General, Dave Yost; and <br> THE STATE OF WEST VIRGINIA, By and through its Attorney General, John B. McCuskey <br><br> *Plaintiffs*, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF COMMERCE; JEREMY PELTER, in his official capacity as Acting Secretary of Commerce; <br> BUREAU OF THE CENSUS, an agency within the United States Department of Commerce; and <br> ROBERT L. SANTOS, in his official capacity as Director of the U.S. Census Bureau <br><br> *Defendants*. | Case No.: 6:25-cv-0076-DCJ-DJA <br><br> Judge David C. Joseph <br><br> Magistrate Judge David J. Ayo |

[PROPOSED] ORDER GRANTING MOTION TO INTERVENE OF
THE LEAGUE OF WOMEN VOTERS, THE LEAGUE OF WOMEN VOTERS OF
FLORIDA, AND THE LEAGUE OF WOMEN VOTERS OF NEW YORK STATE

Upon consideration of the Motion to Intervene and Memorandum in Support thereof submitted by the League of Women Voters ("LWV"), the League of Women Voters of Florida ("LWVFL"), and the League of Women Voters of New York State ("LWVNYS"), the Court finds

1

that LWV, LWVFL, and LWVNYS are entitled to intervene in this action pursuant to Federal Rule of Civil Procedure 24 and, therefore, **IT IS HEREBY ORDERED** that:

(1) LWV, LWVFL, and LWVNYS's Motion to Intervene is **GRANTED**;

(2) LWV, LWVFL, and LWVNYS be entered as a Defendant-Intervenors; and

(3) the Clerk of Court shall docket LWV, LWVFL, and LWVNYS's Answer to Plaintiffs' Complaint, which was attached to their Motion to Intervene.

**IT IS SO ORDERED** on this _____ day of _____, 2025.

_____
Hon. David C. Joseph
UNITED STATES DISTRICT JUDGE