## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Elizabeth B. Murrill, et al. | |
| *Plaintiffs*, | No. 6:25-cv-00076-DCJ-DJA |
| v. | |
| UNITED STATES DEPARTMENT OF COMMERCE, et al., | |
| *Defendants*. | |

## JOINT STATUS REPORT

Plaintiffs, the States of Louisiana, Kansas, Ohio, and West Virginia, and Defendants, the U.S. Department of Commerce, Secretary of Commerce Howard W. Lutnick, the U.S. Census Bureau, and Acting Director of the Census Bureau Ron S. Jarmin, jointly submit this status report pursuant to the Court's March 6, 2025, Order, ECF No. 48.[1] Defendants respectfully propose to update the Court with status reports every 60 days.

1.      On January 17, 2025, Plaintiffs filed a Complaint challenging the lawfulness of the method by which the U.S. Census Bureau "count[ed] the whole number of persons in each State," U.S. CONST. amend. XIV, § 2, during the 2020 Decennial Census. See Compl., ECF No. 1; see also 13 U.S.C. § 141(a) (assigning responsibility for the Decennial Census to the Secretary of Commerce, who oversees the Census Bureau).

---

[1] Under Fed. R. Civ. P. 25(d), Secretary Howard W. Lutnick was automatically substituted as a party for Gina M. Raimondo, and Acting Director Ron S. Jarmin was automatically substituted as a party for Robert L. Santos.

2.     On March 3, 2025, Defendants moved to stay the litigation, noting that "[n]ew leadership at the Department of Commerce is in the process of onboarding and has not yet had time to determine its approach to the Residence Rule and this litigation following the issuance of Executive Order 14148." Def.'s Mot. to Stay, ECF No. 46 at 2.

3.     On March 6, 2025, the Court granted Defendants' Motion to Stay, struck the pending Motions to Intervene during the pendency of the stay, ECF No. 3, ECF No. 30, and ordered the Parties to submit a joint status report on May 2, 2025. Order, ECF No. 48.

4.     The Parties have conferred, and believe that continuing the stay will conserve party and judicial resources and promote the efficient and orderly disposition of this case by ensuring that the litigation proceeds with the informed views of current Department of Commerce and Department of Justice leadership.

5.     The Parties propose to file another joint status report on July 1, 2025, which is 60 days from May 2.

Dated: May 2, 2025

Respectfully submitted,

**ELIZABETH B. MURRILL**
**Attorney General of Louisiana**

_/s/ Tracy Short_____
Tracy Short (La #23940)
*Assistant Chief Deputy Attorney General*
Office of the Louisiana
   Attorney General
1885 North Third Street
Baton Rouge, LA 70802
Phone : (225) 326-6705
shortt@ag.louisiana.gov

*Counsel for the State of Louisiana*

**KRIS W. KOBACH**
**Attorney General of Kansas**

_/s/ James R. Rodriguez_____
James R. Rodriguez (KS 29172)*
*Assistant Attorney General*
Kansas Office of the Attorney General
Topeka, Kansas 66612
Phone: (785) 368-8197
jay.rodriguez@ag.ks.gov

Christopher J. Hajec*
D.C. Bar No. 492551
Matt A. Crapo*
D.C. Bar No. 473355
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001
Phone: (202) 232-5590
Fax: (202) 464-3590
chajec@irli.org
mcrapo@irli.org

*Counsel for the State of Kansas*

**DAVE YOST**
**Ohio Attorney General**

_/s/ T. Elliot Gaiser_
T. Elliot Gaiser*
*Solicitor General*
30 East Broad Street, 17th Floor
Columbus, OH 43215
Phone: (614) 466-8980
thomas.gaiser@ohioago.gov

*Counsel for State of Ohio*

*\*Pro Hac Vice*

**JOHN B. MCCUSKEY**
**Attorney General of West Virginia**

_/s/ Michael R. Williams_
Michael R. Williams*
*Solicitor General*
State Capitol Complex,
Bldg. 1, Rm E-26
1900 Kanawha Blvd. E
Charleston, WV 25305
Phone: (304) 558-2021
michael.r.williams@wvago.gov

*Counsel for State of West Virginia*

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director

STEPHEN M. ELLIOTT
 Assistant Director

 /s/ *Kevin K. Bell*
 KEVIN K. BELL
 (GA Bar No. 967210)
 Trial Attorney
 United States Department of Justice
 Civil Division, Federal Programs Branch
 1100 L St. NW
 Washington, DC 20005
 Phone: (202) 305-8613
 E-mail: Kevin.K.Bell@usdoj.gov

 *Counsel for the United States*