UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>*Defendants*. | No. 6:25-cv-00076-DCJ-DJA |

### NOTICE OF APPEARANCE

Please take notice that Stephen M. Pezzi, Senior Trial Counsel at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for all Defendants in the above-captioned matter.

Dated: May 5, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

STEPHEN M. ELLIOT
Assistant Branch Director
Federal Programs Branch

/s/ *Stephen M. Pezzi*
STEPHEN M. PEZZI (FL Bar No. 1041279)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
E-mail: stephen.pezzi@usdoj.gov

*Counsel for Defendants*