UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>    *Defendants*.[1] | No. 6:25-cv-00076-DCJ-DJA |

**JOINT STATUS REPORT**

Plaintiffs, the States of Louisiana, Kansas, Ohio, and West Virginia, and Defendants, the U.S. Department of Commerce, Secretary of Commerce Howard W. Lutnick, the U.S. Census Bureau, and Acting Director of the Census Bureau Ron S. Jarmin, respectfully submit this joint status report, consistent with the Court's March 6, 2025, Order, ECF No. 48, and the parties' prior joint status report, ECF No. 51.

    1.    On January 17, 2025, Plaintiffs filed a Complaint challenging the lawfulness of the method by which the U.S. Census Bureau "count[ed] the whole number of persons in each State," U.S. CONST. amend. XIV, § 2, during the 2020 Decennial Census. *See* Compl., ECF No. 1; *see also* 13 U.S.C. § 141(a) (assigning responsibility for the Decennial Census to the Secretary of Commerce, who oversees the Census Bureau).

    2.    On March 3, 2025, Defendants moved to stay the litigation, noting that "[n]ew leadership at the Department of Commerce is in the process of onboarding and has not yet had time to determine its approach to the Residence Rule and this litigation following the issuance of Executive Order 14148." Def.'s Mot. to Stay, ECF No. 46 at 2.

---

[1] Under Fed. R. Civ. P. 25(d), Secretary Howard W. Lutnick was automatically substituted as a party for Gina M. Raimondo, and Acting Director Ron S. Jarmin was automatically substituted as a party for Robert L. Santos.

3. On March 6, 2025, the Court granted Defendants' Motion to Stay, struck the pending Motions to Intervene during the pendency of the stay, ECF No. 3, ECF No. 30, and ordered the Parties to submit a joint status report on May 2, 2025. Order, ECF No. 48. The parties did so, and included their joint proposal "to file another joint status report on July 1, 2025." ECF No. 51

4. The Parties have conferred, and continue to believe that maintaining the stay that is already in effect will conserve party and judicial resources and promote the efficient and orderly disposition of this litigation, by ensuring that the litigation proceeds with the informed views of new leadership at the Department of Commerce and the Department of Justice.

5. Accordingly, the Parties propose to file another joint status report on or before October 1, 2025.

Dated: July 1, 2025

Respectfully submitted,

| | |
|---|---|
| **ELIZABETH B. MURRILL**<br>**Attorney General of Louisiana**<br><br>/s/ Tracy Short<br>Tracy Short (La #23940)<br>*Assistant Chief Deputy Attorney General*<br>Office of the Louisiana<br>   Attorney General<br>1885 North Third Street<br>Baton Rouge, LA 70802<br>Phone : (225) 326-6705<br>shortt@ag.louisiana.gov<br><br>*Counsel for the State of Louisiana* | **KRIS W. KOBACH**<br>**Attorney General of Kansas**<br><br>/s/ James R. Rodriguez<br>James R. Rodriguez (KS 29172)*<br>*Assistant Attorney General*<br>Kansas Office of the Attorney General<br>Topeka, Kansas 66612<br>Phone: (785) 368-8197<br>jay.rodriguez@ag.ks.gov<br><br>Christopher J. Hajec*<br>D.C. Bar No. 492551<br>Matt A. Crapo*<br>D.C. Bar No. 473355<br>Immigration Reform Law Institute<br>25 Massachusetts Ave., NW, Suite 335<br>Washington, DC 20001<br>Phone: (202) 232-5590<br>Fax: (202) 464-3590<br>chajec@irli.org<br>mcrapo@irli.org<br><br>*Counsel for the State of Kansas* |
| **DAVE YOST**<br>**Ohio Attorney General**<br><br>*/s/ T. Elliot Gaiser*<br>T. Elliot Gaiser*<br>*Solicitor General*<br>30 East Broad Street, 17th Floor<br>Columbus, OH 43215<br>Phone: (614) 466-8980<br>thomas.gaiser@ohioago.gov<br><br>*Counsel for State of Ohio*<br><br>*Pro Hac Vice | **JOHN B. MCCUSKEY**<br>**Attorney General of West Virginia**<br><br>*/s/ Michael R. Williams*<br>Michael R. Williams*<br>*Solicitor General*<br>State Capitol Complex,<br>Bldg. 1, Rm E-26<br>1900 Kanawha Blvd. E<br>Charleston, WV 25305<br>Phone: (304) 558-2021<br>michael.r.williams@wvago.gov<br><br>*Counsel for State of West Virginia* |

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

STEPHEN M. ELLIOTT
Assistant Branch Director
Federal Programs Branch

<u>/s/ *Stephen M. Pezzi*</u>
STEPHEN M. PEZZI
Florida Bar No. 1041279
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
E-mail: stephen.pezzi@usdoj.gov

*Counsel for the United States*