*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| State of Louisiana, et al., <br> Plaintiff | Case No.   6:25-cv-76 |
| VS. <br> United States Department of Commerce, et al., <br> Defendant | Judge   David C. Joseph <br> Magistrate Judge   David J. Ayo |

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of the State of Ohio in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the Southern District of Ohio or the bar of Ohio, which is the highest court of such state.  Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Tracy Short, of the Louisiana Office of the Attorney General, is appointed as local counsel.

*(Rev. 6/14/2022)*

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail.  I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov.  I understand this electronic notice will be in lieu of notice by any other means.  I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

| /s/ Mathura J. Sridharan | /s/ Tracy Short |
|---|---|
| Signature of Applying Attorney | Signature of Local Counsel |
| Applying attorney may use typed "s/ signature." | Local counsel may use typed "s/ signature" and must file electronically. |

| PLEASE TYPE OR PRINT LEGIBLY: | LOCAL COUNSEL INFORMATION: |
|---|---|
| Name: Mathura J. Sridharan | Name: Tracy Short |
| Firm: Office of the Ohio Attorney General | Firm: Louisiana Department of Justice |
| Address: 30 E. Broad St. | Address: 1885 N. 3rd St. |
| Columbus, OH 43215 | Baton Rouge, LA 70802 |
| Telephone: 614.466.8980 | Telephone: (225) 326-6705 |
| Fax: 614.466.5087 | Fax: |
| E-mail: mathura.sridharan@ohioago.gov | E-mail: ShortT@ag.louisiana.gov |
| Additional e-mail(s): | |

*(Rev. 6/14/2022)*

## Certificate of Service

I hereby certify that on September 15, 2025, I presented the foregoing Petition for Admission Pro Hac Vice to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all participating counsel of record.

*/s/ Tracy Short*
Signature

| | |
|---|---|
| Name: | Tracy Short |
| Firm: | Louisiana Department of Justice |
| Address: | 1885 N. 3rd St. |
| | Baton Rouge, LA 70802 |
| Telephone: | (225) 326-6705 |
| Fax: | |
| E-mail: | ShortT@ag.louisiana.gov |