

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

# CERTIFICATE OF GOOD STANDING

I, Richard W. Nagel, Clerk of this Court, certify that,

**Mathura Jaya Sridharan**

Attorney Registration No. **0100811**

was duly admitted to practice in this Court on

July 7, 2023

and is in good standing as a member of the Bar of this Court.

Dated at Cincinnati, Ohio on August 14, 2025.

**RICHARD W. NAGEL, CLERK OF COURT**

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*