*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| State of Louisiana, et al.,<br>Plaintiff | Case No.   6:25-cv-76 |
| VS.<br>United States Department of Commerce, et al.,<br>Defendant | Judge   David C. Joseph<br>Magistrate Judge   David J. Ayo |

**ORDER**

IT IS ORDERED that <u>Mathura J. Sridharan</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>State of Ohio</u> in the above described action.

SO ORDERED on this, the  16th  day of  Sept., 20<u>25</u>.

_____
U.S. Magistrate Judge