IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, et al., | : |
| *Plaintiffs,* | : |
| v. | : No. 6:25-cv-0076 |
| U.S. DEPARTMENT OF COMMERCE, et al., | : |
| *Defendants.* | : |

**MOTION TO WITHDRAW T. ELLIOT GAISER AS COUNSEL**

Pursuant to Local Rule 83.2.11(f), Plaintiff State of Ohio respectfully request this Court withdraw T. Elliot Gaiser as counsel in the case. Good cause exists as Mr. Gaiser has left the Office of the Ohio Attorney General. The State of Ohio shall be represented by the undersigned Mathura J. Sridharan, who is designated as attorney of record and remains.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

*/s/ Mathura J. Sridharan*
MATHURA J. SRIDHARAN
 (*pro hac vice pending*)
Solicitor General
30 East Broad Street, 17th Floor
Telephone: (6l4) 466-8980
Facsimile: (614) 466–8087
Mathura.Sridharan@OhioAGO.gov

1

## CERTIFICATE OF SERVICE

On September 18, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Western District of Louisiana, using the Court's electronic case filing system.

*/s/ Mathura J. Sridharan*
Mathura J. Sridharan
