IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUSIANA,<br>By and through its Attorney General,<br>Elizabeth B. Murrill;<br>THE STATE OF KANSAS,<br>By and through its Attorney General,<br>Kris W. Kobach;<br>THE STATE OF OHIO,<br>By and through its Attorney General,<br>Dave Yost; and<br>THE STATE OF WEST VIRGINIA,<br>By and through its Attorney General,<br>John B. McCuskey,<br>   *Plaintiffs*,<br> v.<br>UNITED STATES DEPARTMENT OF COMMERCE;<br>GINA M. RAIMONDO, in her official capacity as Secretary of Commerce;<br>BUREAU OF THE CENSUS, an agency within the United States Department of Commerce; and<br>ROBERT L. SANTOS, in his official capacity as Director of the U.S. Census Bureau,<br>   *Defendants*. | Case No. 6:25-cv-00076-DCJ-DJA |

**[PROPOSED] ORDER**

Considering the foregoing Motion to Withdraw as Counsel for Plaintiff State of Ohio,

**IT IS HEREBY ORDERED** that T. Elliot Gaiser be withdrawn as counsel for Plaintiff State of Ohio.

**LAFAYETTE, LOUISIANA**, this _____ day of September, 2025.

                _____
                Hon. David C. Joseph
                United States District Court