## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

|  |  |
|---|---|
| **THE STATE OF LOUSIANA,** <br> **By and through its Attorney General,** <br> **Elizabeth B. Murrill;** <br> **THE STATE OF KANSAS,** <br> **By and through its Attorney General,** <br> **Kris W. Kobach;** <br> **THE STATE OF OHIO,** <br> **By and through its Attorney General,** <br> **Dave Yost; and** <br> **THE STATE OF WEST VIRGINIA,** <br> **By and through its Attorney General,** <br> **John B. McCuskey,** <br><br>         *Plaintiffs*, <br><br>    v. <br><br> **UNITED STATES DEPARTMENT OF COMMERCE;** <br> **GINA M. RAIMONDO, in her official capacity as Secretary of Commerce;** <br> **BUREAU OF THE CENSUS, an agency within the United States Department of Commerce; and** <br> **ROBERT L. SANTOS, in his official capacity as Director of the U.S. Census Bureau,** <br><br>         *Defendants*. | **Case No. 6:25-cv-00076-DCJ-DJA** |

### ORDER

Considering the foregoing Motion to Withdraw as Counsel for Plaintiff State of Ohio,

**IT IS HEREBY ORDERED** that T. Elliot Gaiser be withdrawn as counsel for Plaintiff State of Ohio.

**LAFAYETTE, LOUISIANA**, this 19th day of September, 2025.

David J. Ayo
United States Magistrate Judge