**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Elizabeth B. Murrill, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>*Defendants*. | No. 6:25-cv-00076-DCJ-DJA |

## JOINT STATUS REPORT

Plaintiffs, the States of Louisiana, Kansas, Ohio, and West Virginia, and Defendants, the U.S. Department of Commerce, Secretary of Commerce Howard W. Lutnick, the U.S. Census Bureau, and Acting Director of the Census Bureau Ron S. Jarmin, jointly submit this status report pursuant to the Court's March 6, 2025, Order, ECF No. 48.

1. On January 17, 2025, Plaintiffs filed a Complaint challenging the lawfulness of the method by which the U.S. Census Bureau "count[ed] the whole number of persons in each State," U.S. CONST. amend. XIV, § 2, during the 2020 Decennial Census. See Compl., ECF No. 1; see also 13 U.S.C. § 141(a) (assigning responsibility for the Decennial Census to the Secretary of Commerce, who oversees the Census Bureau).

2. On March 3, 2025, Defendants moved to stay the litigation, noting that "[n]ew leadership at the Department of Commerce is in the process of onboarding and has not yet had time to determine its approach to the Residence Rule and this litigation following the issuance of Executive Order 14148." Def.'s Mot. to Stay, ECF No. 46 at 2.

3. On March 6, 2025, the Court granted Defendants' Motion to Stay, struck the pending Motions to Intervene during the pendency of the stay, ECF No. 3, ECF No. 30, and ordered the Parties to submit a joint status report on May 2, 2025. Order, ECF No. 48. The parties did so, and included their joint proposal "to file another joint status report on July 1, 2025." ECF No. 51.

4. On July 1, 2025, the parties filed a joint status report proposing to continue the stay until October 1, 2025. ECF No. 53.

5. The Parties have conferred, and believe that continuing the stay will conserve party and judicial resources and promote the efficient and orderly disposition of this case by ensuring that the litigation proceeds with the informed views of current Department of Commerce and Department of Justice leadership.

6. The Parties propose to file another joint status report on December 17, 2025.

Dated: October 1, 2025

**ELIZABETH B. MURRILL**
**Attorney General of Louisiana**

*/s/ Tracy Short*
Tracy Short (La #23940)
*Assistant Chief Deputy Attorney General*
Office of the Louisiana
  Attorney General
1885 North Third Street
Baton Rouge, LA 70802
Phone : (225) 326-6705
shortt@ag.louisiana.gov

*Counsel for the State of Louisiana*

Respectfully submitted,

**KRIS W. KOBACH**
**Attorney General of Kansas**

*/s/ James R. Rodriguez*
James R. Rodriguez (KS 29172)*
*Assistant Attorney General*
Kansas Office of the Attorney General
Topeka, Kansas 66612
Phone: (785) 368-8197
jay.rodriguez@ag.ks.gov

Christopher J. Hajec*
D.C. Bar No. 492551
Matt A. Crapo*
D.C. Bar No. 473355
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001
Phone: (202) 232-5590
Fax: (202) 464-3590
chajec@irli.org
mcrapo@irli.org

*Counsel for the State of Kansas*

**DAVE YOST**
**Ohio Attorney General**

*/s/ T. Elliot Gaiser*
T. Elliot Gaiser*
*Solicitor General*
30 East Broad Street, 17th Floor
Columbus, OH 43215
Phone: (614) 466-8980
thomas.gaiser@ohioago.gov

*Counsel for State of Ohio*

*Pro Hac Vice

**JOHN B. MCCUSKEY**
**Attorney General of West Virginia**

*/s/ Michael R. Williams*
Michael R. Williams*
*Solicitor General*
State Capitol Complex,
Bldg. 1, Rm E-26
1900 Kanawha Blvd. E
Charleston, WV 25305
Phone: (304) 558-2021
michael.r.williams@wvago.gov

*Counsel for State of West Virginia*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

STEPHEN M. ELLIOTT
Assistant Branch Director
Federal Programs Branch

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI
Florida Bar No. 1041279
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW Washington, DC 20005
Phone: (202) 305-8576
E-mail: stephen.pezzi@usdoj.gov

*Counsel for the United States*