IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUSIANA,<br>By and through its Attorney General,<br>Elizabeth B. Murrill;<br>THE STATE OF KANSAS,<br>By and through its Attorney General,<br>Kris W. Kobach;<br>THE STATE OF OHIO,<br>By and through its Attorney General,<br>Dave Yost; and<br>THE STATE OF WEST VIRGINIA,<br>By and through its Attorney General,<br>John B. McCuskey,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE;<br>GINA M. RAIMONDO, in her official capacity as Secretary of Commerce;<br>BUREAU OF THE CENSUS, an agency within the United States Department of Commerce; and<br>ROBERT L. SANTOS, in his official capacity as Director of the U.S. Census Bureau,<br><br>    *Defendants*. | Case No. 6:25-cv-00076-DCJ-DJA |

**MOTION TO WITHDRAW DANIEL COHEN AS COUNSEL**

Pursuant to Local Rule 83.2.11, Daniel Cohen files this Motion to Withdraw as Counsel. Mr. Cohen will be leaving his position as an attorney with the Elias Law Group on November 14, 2025. Proposed-Intervenors Hannah Victoria Morgan, Carrie Nicolas, Lucia Ornelas, Gabriel Reiss, and Veronica Zavala will continue to be represented by John Adcock and David R. Fox.

1

WHEREFORE, the undersigned counsel respectfully requests that Daniel Cohen be Withdrawn as Counsel for Proposed-Intervenors Hannah Victoria Morgan, Carrie Nicolas, Lucia Ornelas, Gabriel Reiss, Veronica Zavala in the above captioned matter.

Respectfully submitted this 13th day of November, 2025.

| | |
|---|---|
| *s/ John Adcock* | *s/ Daniel Cohen* |
| John Adcock | Daniel Cohen* |
| Adcock Law LLC | ELIAS LAW GROUP LLP |
| 3110 Canal Street | 250 Massachusetts Ave. NW, Suite 400 |
| New Orleans, LA 70119 | Washington, DC 20001 |
| Tel: (504) 233-3125 | (202) 987-5156 |
| jnadcock@gmail.com | dcohen@elias.law |
| | *\* Admitted pro hac vice* |
| | *Counsel for Proposed Intervenors* |

### Certificate of Service

I hereby certify that on November 13, 2025, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and that service will be provided through the CM/ECF system.

| | |
|---|---|
| *s/ John Adcock* | *s/ Daniel Cohen* |
| John Adcock | Daniel Cohen* |
| Adcock Law LLC | ELIAS LAW GROUP LLP |
| 3110 Canal Street | 250 Massachusetts Ave. NW, Suite 400 |
| New Orleans, LA 70119 | Washington, DC 20001 |
| Tel: (504) 233-3125 | (202) 987-5156 |
| jnadcock@gmail.com | dcohen@elias.law |
| | *\* Admitted pro hac vice* |
| | *Counsel for Proposed Intervenors* |