# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUSIANA, By and through its Attorney General, Elizabeth B. Murrill; THE STATE OF KANSAS, By and through its Attorney General, Kris W. Kobach; THE STATE OF OHIO, By and through its Attorney General, Dave Yost; and THE STATE OF WEST VIRGINIA, By and through its Attorney General, John B. McCuskey, <br>     *Plaintiffs*, <br>   v. <br> UNITED STATES DEPARTMENT OF COMMERCE; GINA M. RAIMONDO, in her official capacity as Secretary of Commerce; BUREAU OF THE CENSUS, an agency within the United States Department of Commerce; and ROBERT L. SANTOS, in his official capacity as Director of the U.S. Census Bureau, <br>     *Defendants*. | Case No. 6:25-cv-00076-DCJ-DJA |

## [PROPOSED] ORDER

Considering the foregoing Motion to Withdraw as Counsel for Proposed-Intervenors,

**IT IS HEREBY ORDERED** that Daniel J. Cohen be withdrawn as counsel for Proposed-Intervenors Hannah Victoria Morgan, Carrie Nicolas, Lucia Ornelas, Gabriel Reiss, and Veronica Zavala.

**LAFAYETTE, LOUISIANA**, this ___ day of November, 2025.

 

                                                          _____
                                                          Hon. David C. Joseph
                                                          United States District Court