UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

THE STATE OF LOUISIANA,
By and through its Attorney General,
Elizabeth B. Murrill, et al.

    *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF
COMMERCE, et al.,

    *Defendants*.

No. 6:25-cv-00076-DCJ-DJA

**JOINT STATUS REPORT**

    Plaintiffs, the States of Louisiana, Kansas, Ohio, and West Virginia, and Defendants, the U.S. Department of Commerce, Secretary of Commerce Howard W. Lutnick, the U.S. Census Bureau, and Acting Director of the Census Bureau Ron S. Jarmin, jointly submit this status report pursuant to the Court's March 6, 2025, Order, ECF No. 48.[1] The Parties no long agree on the necessity of a continued stay in this case, and have each provided individual statements with their recommendations below in ¶¶ .

    1.    On January 17, 2025, Plaintiffs filed a Complaint challenging the lawfulness of the method by which the U.S. Census Bureau "count[ed] the whole number of persons in each State," U.S. CONST. amend. XIV, § 2, during the 2020 Decennial Census. See Compl., ECF No. 1; see

---

[1] Under Fed. R. Civ. P. 25(d), Secretary Howard W. Lutnick was automatically substituted as a party for Gina M. Raimondo, and Acting Director Ron S. Jarmin was automatically substituted as a party for Robert L. Santos.

also 13 U.S.C. § 141(a) (assigning responsibility for the Decennial Census to the Secretary of Commerce, who oversees the Census Bureau).

2. On March 3, 2025, Defendants moved to stay the litigation, noting that "[n]ew leadership at the Department of Commerce is in the process of onboarding and has not yet had time to determine its approach to the Residence Rule and this litigation following the issuance of Executive Order 14148." Defs.' Mot. to Stay, ECF No. 46 at 2.

3. On March 6, 2025, the Court granted Defendants' Motion to Stay, struck the pending Motions to Intervene during the pendency of the stay, ECF No. 3, ECF No. 30, and ordered the Parties to submit a joint status report on May 2, 2025. Order, ECF No. 48. The Parties filed joint status reports on May 2, July 1, and October 1, in which they agreed that continuing the stay would conserve party and judicial resources and promote the efficient and orderly disposition of this case. *See* ECF No. 51 ¶ 4; ECF No. 53 ¶ 4; ECF No. 60 ¶ 5.

4. The Parties no longer agree about the necessity of continuing the present stay.

**Plaintiffs' Statement**

5. Plaintiffs are prepared to litigate this case and oppose continuing the stay, which was initially ordered on March 6, 2025 (ECF 48).

6. Previously, Plaintiffs did not oppose a stay because Defendants represented that they required additional time to determine their position with respect to the allegations in the complaint as "[n]ew leadership at the Department of Commerce is in the process of onboarding and has not yet had time to determine its approach to the Residence Rule and this litigation following the issuance of Executive Order 14148." Def.'s Mot. to Stay, ECF No. 46 at 2. And Plaintiffs agreed that continuing the stay would "conserve party and judicial resources and promote the efficient and orderly disposition of this case by ensuring that the litigation proceeds with the

informed views of current Department of Commerce and Department of Justice leadership." The stay was continued, for the same reasons, on May 2 (ECF 51), on July 1 (ECF 53), and October 1, 2025 (ECF 60).

7. Plaintiffs now believe that Defendants have had sufficient time—more than nine months—to resolve the issues that previously justified a stay. Accordingly, there is no longer any reason to extend the stay.

**Defendants' Statement**

8. The decennial census requires multi-year preparations, and Defendants are actively engaged in activities leading up to the 2030 Census. At this stage of such preparations, lifting the stay is not appropriate.

Dated: December 17, 2025

Respectfully submitted,

**ELIZABETH B. MURRILL**
**Attorney General of Louisiana**

 /s/ Tracy Short
Tracy Short (La #23940)
*Assistant Chief Deputy Attorney General*
Office of the Louisiana
   Attorney General
1885 North Third Street
Baton Rouge, LA 70802
Phone : (225) 326-6705
shortt@ag.louisiana.gov

*Counsel for the State of Louisiana*

**KRIS W. KOBACH**
**Attorney General of Kansas**

/s/ James R. Rodriguez
James R. Rodriguez (KS 29172)*
*Assistant Attorney General*
Kansas Office of the Attorney General
Topeka, Kansas 66612
Phone: (785) 368-8197
jay.rodriguez@ag.ks.gov

Christopher J. Hajec*
D.C. Bar No. 492551
Matt A. Crapo*
D.C. Bar No. 473355
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001
Phone: (202) 232-5590
Fax: (202) 464-3590
chajec@irli.org
mcrapo@irli.org

*Counsel for the State of Kansas*

**DAVE YOST**
**Ohio Attorney General**

/s/ Mathura Sridharan
Mathura Sridharan*
*Solicitor General*
30 East Broad Street, 17th Floor
Columbus, OH 43215
Phone: (614) 466-8980
mathura.sridharan@ohioago.gov

*Counsel for State of Ohio*


*Pro Hac Vice

**JOHN B. MCCUSKEY**
**Attorney General of West Virginia**

/s/ Michael R. Williams
Michael R. Williams*
*Solicitor General*
State Capitol Complex,
Bldg. 1, Rm E-26
1900 Kanawha Blvd. E
Charleston, WV 25305
Phone: (304) 558-2021
michael.r.williams@wvago.gov

*Counsel for State of West Virginia*

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director

STEPHEN M. ELLIOTT
Assistant Branch Director

<u>/s/ *Kevin K. Bell*</u>
KEVIN K. BELL
(GA Bar No. 967210)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-8613
E-mail: Kevin.K.Bell@usdoj.gov

*Counsel for Defendants*

Case 6:25-cv-00076-DCJ-DJA Document 63 Filed 12/17/25 Page 6 of 6 PageID #: 440