IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Elizabeth B. Murrill, et al.<br><br>*Plaintiffs*,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>*Defendant*. | Case No.: 6:25-cv-0076-DCJ-DJA<br><br>Judge:        Hon. David C. Joseph<br>Magistrate Judge:   Hon. David J Ayo |

### [PROPOSED] ORDER

Considering the foregoing Motion to Withdraw as Counsel for Proposed Intervenor-Defendants,

**IT IS HEREBY ORDERED** that Rose Murray be withdrawn as counsel for Proposed Defendant-Intervenors the League of Women Voters ("LWV"), the League of Women Voters of Florida ("LWVFL"), and the League of Women Voters of New York State ("LWVNYS").

**LAFAYETTE, LOUISIANA**, this ___ day of _____, 202__.

                                                        _____
                                                        Hon. David C. Joseph
                                                        United States District Court