UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Elizabeth B. Murrill, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>*Defendants*. | No. 6:25-cv-76-DCJ-DJA |

**PROPOSED ORDER**

Pending before the Court is the Plaintiffs' Opposed Motion to Lift Stay (ECF __).

After reviewing the Motion, the record and the applicable law, the Court is of the opinion that Plaintiffs have shown good cause to lift the stay; their motion should be granted.

It is SO ORDERED.

Signed this ___ day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE