**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Elizabeth B. Murrill, et al. | |
| *Plaintiffs*, | No. 6:25-cv-00076-DCJ-DJA |
| v. | |
| UNITED STATES DEPARTMENT OF COMMERCE, et al., | |
| *Defendants*. | |

**STATUS REPORT**

Defendants, the U.S. Department of Commerce, Secretary of Commerce Howard W. Lutnick, the U.S. Census Bureau, and Acting Director of the Census Bureau George M. Cook, submit this status report pursuant to the Court's March 10, 2026, Order, ECF No. 70.[1]

1.      On January 17, 2025, Plaintiffs filed a Complaint challenging the lawfulness of the method by which the U.S. Census Bureau "count[ed] the whole number of persons in each State," U.S. CONST. amend. XIV, § 2, during the 2020 Decennial Census. See Compl., ECF No. 1; see also 13 U.S.C. § 141(a) (assigning responsibility for the Decennial Census to the Secretary of Commerce, who oversees the Census Bureau).

2.      On March 3, 2025, Defendants moved to stay the litigation, noting that "[n]ew leadership at the Department of Commerce is in the process of onboarding and has not yet had

---

[1] Under Fed. R. Civ. P. 25(d), Secretary Howard W. Lutnick was automatically substituted as a party for Gina M. Raimondo, and Acting Director George M. Cook was automatically substituted as a party for Robert L. Santos.

time to determine its approach to the Residence Rule and this litigation following the issuance of Executive Order 14148." Defs.' Mot. to Stay, ECF No. 46 at 2.

3.      On March 6, 2025, the Court granted Defendants' Motion to Stay, struck the pending Motions to Intervene during the pendency of the stay, ECF No. 3, ECF No. 30, and ordered the Parties to submit a joint status report on May 2, 2025. Order, ECF No. 48. The Parties filed joint status reports on May 2, July 1, and October 1, in which they agreed that continuing the stay would conserve party and judicial resources and promote the efficient and orderly disposition of this case. *See* ECF No. 51 ¶ 4; ECF No. 53 ¶ 4; ECF No. 60 ¶ 5.

4.      On December 17, 2025, the Parties filed a joint status report in which they stated that they "no long agree on the necessity of a continued stay in this case," ECF No. 63 at 1, and provided individual statements. Plaintiffs then filed a Motion to Lift Stay, ECF No. 67, which Defendants opposed, ECF No. 68 (arguing the "facts continue to support a stay, although for different reasons than initially justified the stay"). The Court denied Plaintiffs' motion, and ordered Defendants to "file status reports every 60 days, commencing on May 10, 2026, advising the Court on the progress and anticipated timing of the referenced agency action." ECF No. 70 at 3. The Court also set an in-person status conference for November 10, 2026, in this matter. *Id.* Defendants now file this Status Report on the first business day after the deadline set by the Court. *See* Fed. R. Civ. P. 6(a)(1)(C).

5.      As Defendants indicated in their Opposition to the Motion to Lift Stay, ECF No. 68, at 2, the Census Bureau is far along the path to preparing for the 2030 Census. For example, on May 1, 2026, the Bureau announced that it was asking select households to respond to the first field test in preparation for the 2030 Census. *See* U.S. Census Bureau, *Census Bureau Asks Select Households to Respond Now to the 2026 Census Test* (May 1, 2026), https://perma.cc/XHY5-

2

URVW. Alongside these other efforts, Defendants are continuing to prepare to promulgate the residence criteria and residence situations for the 2030 Census in the coming months, but do not yet have a publication date.

6.      Defendants will continue to advise the Court on the progress and anticipated timing of agency actions relevant in this matter, and will file another status report on July 10, 2026.

Dated: May 11, 2026                              Respectfully submitted,


                                                 BRETT A. SHUMATE
                                                 Assistant Attorney General

                                                 DIANE KELLEHER
                                                 Director

                                                 STEPHEN M. ELLIOTT
                                                 Assistant Branch Director

                                                 /s/ *Kevin K. Bell*
                                                 KEVIN K. BELL
                                                 (GA Bar No. 967210)
                                                 Trial Attorney
                                                 United States Department of Justice
                                                 Civil Division, Federal Programs Branch
                                                 1100 L St. NW
                                                 Washington, DC 20005
                                                 Phone: (202) 305-8613
                                                 E-mail: Kevin.K.Bell@usdoj.gov

                                                 *Counsel for Defendants*