# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

|  |  |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Elizabeth B. Murrill, et al.<br><br>*Plaintiffs*,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>*Defendant*. | **Case No.: 6:25-cv-0076-DCJ-DJA**<br><br>Judge:           Hon. David C. Joseph<br>Magistrate Judge: Hon. David J Ayo |

## <u>MOTION TO WITHDRAW AHMED K. SOUSSI AS COUNSEL</u>

Pursuant to Local Rule 83.2.11, Ahmed K. Soussi files this Motion to Withdraw as Counsel.  Proposed Defendant-Intervenors the League of Women Voters ("LWV"), the League of Women Voters of Florida ("LWVFL"), and the League of Women Voters of New York State ("LWVNYS") will continue to be represented by Bradley Heard and Avner Shapiro.

Dated 5/14/2026                             Respectfully submitted by,

                                        */s/ Ahmed K. Soussi*
                                        Ahmed K. Soussi, La. Bar No. 38414
                                        SOUTHERN POVERTY LAW CENTER
                                        201 St. Charles Avenue, Suite 2000

New Orleans, LA 70170
P: (334) 213-8303
ahmed.soussi@splcenter.org