**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

|  |  |
|---|---|
| **THE STATE OF LOUISIANA, By and through its Attorney General, Elizabeth B. Murrill, et al.**<br><br>*Plaintiffs*,<br><br>**vs.**<br><br>**UNITED STATES DEPARTMENT OF COMMERCE, et al.,**<br><br>*Defendants*. | **Case No.: 6:25-cv-0076-DCJ-DJA**<br><br>**Judge David C. Joseph**<br>**Magistrate Judge David J. Ayo** |

**[PROPOSED] ORDER**

IT IS ORDERED; Ahmed K. Soussi is hereby withdrawn as counsel for Proposed Defendant-Intervenors League of Women Voters ("LWV"), the League of Women Voters of Florida ("LWVFL"), and the League of Women Voters of New York State ("LWVNYS"), **IT IS HEREBY ORDERED** that:

**IT IS SO ORDERED** on this _____ day of _____, 2026.

_____
Hon. David C. Joseph
UNITED STATES DISTRICT JUDGE

1