**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO.   6:25-CV-00076** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **U S DEPT OF COMMERCE ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

**NOTICE OF DEFICIENT DOCUMENT**

**NOTICE TO FILER:**

The Motion to Withdraw Attorney filed on May 14, 2026 by League of Women Voters of Florida, League of Women Voters of New York State, League of Women Voters of the United States was DEFICIENT for the following reason(s):

✓  The above-referenced item lacks information (such as client address information or notification of pending deadlines) as required under LR83.2.11. Please refer to this rule to ensure all conditions have been met.
  The motion cannot be referred to chambers until this deficiency is corrected.

**Within three (3) days** of receipt of this notice, please file a "corrective document" **addressing the deficiency or deficiencies noted above, or the court may strike the document.**   All filing deadlines previously set remain in effect.   Issuance of this notice does not amount to an extension of any deadline; however, if, for good cause shown, additional time is needed to correct this filing, please contact the Clerk of Court's office.   **DO NOT file a motion** to extend the three-day deadline provided by this notice.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.