*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

THE STATE OF LOUISIANA, By and
through its Attorney General, Elizabeth B.
Murrill, et al.
_____
Plaintiff

Case No.   6:25-cv-0076-DCJ-DJA

VS.
UNITED STATES DEPARTMENT OF
COMMERCE, et al.,
_____
Defendant

Judge   Hon. David C. Joseph
Magistrate Judge   Hon. David J Ayo

## **NOTICE OF APPEARANCE**

Please take notice that the undersigned counsel hereby enters his appearance on behalf of

Proposed Defendant-Intervenors the League of Women Voters ("LWV"), the League of Women

Voters of Florida ("LWVFL"), and the League of Women Voters of New York State

("LWVNYS") in the above-described action.


Dated: May 15, 2026                    Respectfully submitted,


Huey Fischer García Louisiana Bar #39571
Southern Poverty Law Center
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
(504)884-7680
huey.fischergarcia@splcenter.org


Page **1** of **2**

*(Rev. 6/14/2022)*

**Certificate of Service**

I hereby certify that on <u>May 15, 2026</u>, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and that service will be provided through the CM/ECF system.

<u>  s/ Huey Fischer García                    </u>
Signature

| | |
|---|---|
| Name: | Huey Fischer García Bar #39571 |
| Firm: | Southern Poverty Law Center |
| Address: | 201 St. Charles Avenue, Suite 2000 |
| | New Orleans, LA 70170 |
| Telephone: | (504)884-7680 |
| Fax: | |
| E-mail: | huey.fischergarcia@splcenter.org |

Page **2** of **2**

*(Rev. 6/14/2022)*