**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**STATE OF LOUISIANA ET AL**                     **CASE NO.   6:25-CV-00076**

**VERSUS**                                        **JUDGE DAVID C. JOSEPH**

**U S DEPT OF COMMERCE ET AL**                   **MAGISTRATE JUDGE DAVID J. AYO**

**NOTICE OF DEFICIENT DOCUMENT**

**NOTICE TO FILER:**

The Notice of Appearance filed on May 15, 2026 by League of Women Voters of Florida, League of Women Voters of New York State, League of Women Voters of the United States was DEFICIENT for the following reason(s):

✓       This party is already represented by other counsel. Please refer to provisions under LR83.2.12 regarding appearance of other counsel to ensure compliance with this rule. A motion to enroll as co-counsel or to substitute counsel (signed by the current counsel of record) is required to remedy this situation. Please also refer to LR5.7.08 regarding electronic filing of documents requiring signatures of more than one party.

**Within three (3) days of receipt of this notice, please file a "corrective document" addressing the deficiency or deficiencies noted above, or the court may strike the document.**   All filing deadlines previously set remain in effect.   Issuance of this notice does not amount to an extension of any deadline; however, if, for good cause shown, additional time is needed to correct this filing, please contact the Clerk of Court's office.   **DO NOT file a motion** to extend the three-day deadline provided by this notice.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.