**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

|  |  |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Elizabeth B. Murrill, et al.<br><br>*Plaintiffs*,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>*Defendants*. | **Case No.: 6:25-cv-0076-DCJ-DJA**<br><br>Judge:          Hon. David C. Joseph<br>Magistrate Judge: Hon. David J Ayo |

### MOTION TO SUBSTITUTE COUNSEL

Proposed Defendant-Intervenors, The League of Women Voters ("LWV"), The League of Women Voters of Florida ("LWVFL"), and The League of Women Voters of New York State ("LWVNYS"), by and through undersigned counsel, hereby move this Honorable Court for an Order substituting counsel in the above-captioned matter.

1. The Proposed Defendant-Intervenors are currently represented by Ahmed K. Soussi of Southern Poverty Law Center.

2.  Ahmed K. Soussi, Bar No. 38414, with a mailing address of 201 St. Charles Ave., Suite 2000, New Orleans, LA 70170, USA, will be withdrawing as counsel of record.

3.  The reason for this substitution is that Ahmed K. Soussi will be leaving Southern Poverty Law Center on May 22, 2026.

4.  The Proposed Defendant-Intervenors seek to substitute Huey Fischer García, Bar No. 39571, of Southern Poverty Law Center, with a mailing address of 201 St. Charles Ave., Suite 2000, New Orleans, LA 70170, USA, as new counsel of record.

5.  The Proposed Defendant-Intervenors have consented to this substitution of counsel.

6.  There is no scheduled hearing or court date in this case.

7.  Notice of this substitution has not yet been provided to opposing counsel.

8.  The main opposing party is THE STATE OF LOUISIANA, By and through its Attorney General, Elizabeth B. Murrill. Additional opposing parties include THE STATE OF KANSAS, By and through its Attorney General, Kris W. Kobach, and THE STATE OF OHIO, By and through its Attorney General, Dave Yost.

## PRAYER FOR RELIEF

**WHEREFORE**, Proposed Defendant-Intervenors respectfully request that this Court enter an Order: a.  Permitting Ahmed K. Soussi to withdraw as counsel of record for The League of Women Voters, The League of Women Voters of Florida, and The League of Women Voters of New York State; and

b.  Substituting Huey Fischer García as counsel of record for The League of Women Voters, The League of Women Voters of Florida, and The League of Women Voters of New York State.

Dated 5/18/2026                    Respectfully submitted by,

*s/ Huey Fisher Garcia*
Huey Fischer García Louisiana Bar #39571
Southern Poverty Law Center
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
(504)884-7680
huey.fischergarcia@splcenter.org
Attorney for Proposed Defendant-Intervenors
The League of Women Voters, The League
of Women Voters of Florida, and The League
of Women Voters of New York State

## CERTIFICATE OF SERVICE

I hereby certify that on <u>May 18, 2026</u>, a copy of the foregoing was filed

electronically with the Clerk of Court using the CM/ECF system, and that service

will be provided through the CM/ECF system.

s/ Huey Fischer García
Signature

| | |
|---|---|
| Name: | Huey Fischer García |
| | Bar #39571 |
| Firm: | Southern Poverty Law Center |
| Address: | 201 St. Charles Avenue, Suite 2000 |
| | New Orleans, LA 70170 |
| Telephone: | (504)884-7680 |
| E-mail: | huey.fischergarcia@splcenter.org |

Page **4** of **4**