**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

|  |  |
|---|---|
| **THE STATE OF LOUISIANA, By and through its Attorney General, Elizabeth B. Murrill, et al.** | **Case No.: 6:25-cv-0076-DCJ-DJA** |
| *Plaintiffs,* | **Judge David C. Joseph**<br>**Magistrate Judge David J. Ayo** |
| **vs.** | |
| **UNITED STATES DEPARTMENT OF COMMERCE, et al.,** | |
| *Defendants.* | |

**[PROPOSED] ORDER**

IT IS ORDERED; Huey Fisher Garcia is hereby substituted as counsel for Proposed Defendant-Intervenors League of Women Voters ("LWV"), the League of Women Voters of Florida ("LWVFL"), and the League of Women Voters of New York State ("LWVNYS"), **IT IS HEREBY ORDERED** that:

**IT IS SO ORDERED** on this _____ day of _____, 2026.

_____
Hon. David C. Joseph
UNITED STATES DISTRICT JUDGE

1