**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**THE STATE OF LOUISIANA, By and through its Attorney General, Elizabeth B. Murrill, et al.**

    *Plaintiffs,*

    **vs.**

**UNITED STATES DEPARTMENT OF COMMERCE, et al.,**

    *Defendants.*

**Case No.: 6:25-cv-0076-DCJ-DJA**

**Judge David C. Joseph**
**Magistrate Judge David J. Ayo**

**ORDER**

IT IS ORDERED; Huey Fisher Garcia is hereby substituted as counsel for Proposed Defendant-Intervenors League of Women Voters ("LWV"), the League of Women Voters of Florida ("LWVFL"), and the League of Women Voters of New York State ("LWVNYS"), **IT IS HEREBY ORDERED** that:

    **IT IS SO ORDERED** on this 19th day of May, 2026.

David J. Ayo
United States Magistrate Judge