UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Elizabeth B. Murrill, et al.<br>Plaintiff | Case No.   6:25-cv-0076-DCJ-DJA |
| VS.<br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br>Defendant | Judge   Hon. David C. Joseph<br>Magistrate Judge   Hon. David J Ayo |

## MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of Proposed Defendant-Intervenors the League of Women Voters ("LWV"), the League of Women Voters of Florida ("LWVFL"), and the League of Women Voters of New York State ("LWVNYS") in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the District of Columbia Court of Appeals, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

Page **1** of **3**

- In accordance with the local rules for the United States District Court, Western District of Louisiana, <u>Huey Fischer García</u> of the firm of <u>Southern Poverty Law Center</u> is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from <u>Clerk@lawd.uscourts.gov</u>. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

| | |
|---|---|
| s/ Bradley E. Heard | s/ Huey Fischer García |
| Signature of Applying Attorney | Signature of Local Counsel |

Applying attorney may use typed "s/ Signature."

Local counsel may use typed "s/ signature" and must file electronically.

PLEASE TYPE OR PRINT LEGIBLY:

LOCAL COUNSEL INFORMATION:

Name: Bradley E. Heard
Firm: Southern Poverty Law Center
Address: 1101 17th St. NW Ste 550
Washington, DC. 20036
Telephone: (470)989-5426
E-mail: bradley.heard@splcenter.org

Name: Huey Fischer García Bar #39571
Firm: Southern Poverty Law Center
Address: 201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
Telephone: (504)884-7680
E-mail: huey.fischergarcia@splcenter.org

Certificate of Service

I hereby certify that on <u>May 20, 2026</u>, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and that service will be provided through the CM/ECF system.

<u>s/ Huey Fischer García</u>
Signature

Name:      Huey Fischer García Bar #39571
Firm:         Southern Poverty Law Center
Address:   201 St. Charles Avenue, Suite 2000
                  New Orleans, LA 70170
Telephone:            (504)884-7680
E-mail:     huey.fischergarcia@splcenter.org