UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Elizabeth B. Murrill, et al. <br> Plaintiff | Case No.   6:25-cv-0076-DCJ-DJA |
| VS. <br> UNITED STATES DEPARTMENT OF COMMERCE, et al., <br> Defendant | Judge   Hon. David C. Joseph <br> Magistrate Judge   Hon. David J Ayo |

**ORDER**

IT IS ORDERED that <u>Avner M. Shapiro </u>be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>Proposed Defendant-Intervenors the League of Women Voters ("LWV"), the League of Women Voters of Florida ("LWVFL"), and the League of Women Voters of New York State ("LWVNYS")</u> in the above-described action.

SO ORDERED on this, the _____ day of <u>May</u>, 20<u>26</u>.

_____
U.S. Magistrate Judge