UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

THE STATE OF LOUISIANA, By and
through its Attorney General, Elizabeth B.
Murrill, et al.

Plaintiff

Case No.   6:25-cv-0076-DCJ-DJA

VS.

UNITED STATES DEPARTMENT OF
COMMERCE, et al.,

Defendant

Judge   Hon. David C. Joseph
Magistrate Judge   Hon. David J Ayo

**ORDER**

IT IS ORDERED that Avner M. Shapiro be and is hereby admitted to the bar of this

Court pro hac vice on behalf of Proposed Defendant-Intervenors the League of Women Voters

("LWV"), the League of Women Voters of Florida ("LWVFL"), and the League of Women

Voters of New York State ("LWVNYS") in the above-described action.

SO ORDERED on this, the  21st  day of May, 2026.

_____
U.S. Magistrate Judge