**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

THE STATE OF LOUISIANA,
By and through its Attorney General,
Elizabeth B. Murrill, et al.

     *Plaintiffs*,

     v.

UNITED STATES DEPARTMENT OF
COMMERCE, et al.,

     *Defendants*.

No. 6:25-cv-00076-DCJ-DJA

**STATUS REPORT**

Defendants, the U.S. Department of Commerce, Secretary of Commerce Howard W. Lutnick, the U.S. Census Bureau, and Acting Director of the Census Bureau George M. Cook, submit this status report pursuant to the Court's March 10, 2026, Order, ECF No. 70.[1]

1.     Defendants noted in their May 11, 2026 Status Report, ECF No. 71, that "Defendants are continuing to prepare to promulgate the residence criteria and residence situations for the 2030 Census in the coming months, but do not yet have a publication date." ECF No. 71 ¶ 5. That statement remains true, but Defendants have made progress towards publication.

2.     In particular, the Department of Commerce has now completed drafting a proposed rule that encompasses various policy positions for the 2030 Census, including Defendants' proposed Residence Rule, and submitted the proposed rule to the Office of Management and

---

[1] Under Fed. R. Civ. P. 25(d), Secretary Howard W. Lutnick was automatically substituted as a party for Gina M. Raimondo, and Acting Director George M. Cook was automatically substituted as a party for Robert L. Santos.

Budget in accordance with the prescribed pre-publication interagency review process. *See* Off. of Info. and Regul. Aff., Off. of Mgmt. and Budget, *Pending EO 12866 Regulatory Review* ("Proposed Rule Submission"), https://www.reginfo.gov/public/do/eoDetails?rrid=1442165 (last visited June 26, 2026).

3.      Defendants will continue to advise the Court on the progress and anticipated timing of agency actions relevant in this matter, and will file another status report on September 9, 2026.

Dated: July 10, 2026                                      Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

DIANE KELLEHER
Director

STEPHEN M. ELLIOTT
Assistant Branch Director

/s/ *Kevin K. Bell*
KEVIN K. BELL
(GA Bar No. 967210)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-8613
E-mail: Kevin.K.Bell@usdoj.gov

*Counsel for Defendants*