## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

STATE OF LOUISIANA, *et al.*

    *Plaintiffs*,

  v.

UNITED STATES DEPARTMENT OF
COMMERCE, *et al.*,

    *Defendants*.

Case No. 6:25-cv-0076-DCJ-DJA

## <u>MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL</u>

Plaintiffs respectfully request that attorney Tracy Short be allowed to withdraw as counsel of record and that Zachary Faircloth be substituted in his place.

Zachary Faircloth of the Office of the Attorney General is admitted to practice before this Court, in good standing to practice in the State of Louisiana, and familiar with this case. His substitution as lead counsel for Plaintiffs therefore will not delay proceedings or prejudice any party. This motion is being filed with the express consent of Tracy Short.

Plaintiffs ask the Court to grant this motion to withdraw Tracy Short and substitute Zachary Faircloth as lead counsel in this matter.

Respectfully Submitted,

LIZ MURRILL
ATTORNEY GENERAL OF LOUISIANA

/s/ *Zachary Faircloth*
ZACHARY FAIRCLOTH (LA. BAR NO. 39875)
Principal Deputy Solicitor General

LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, LA 70802
Tel: (225) 421-4088
FairclothZ@ag.louisiana.gov

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 11, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

/s/ *Zachary Faircloth*
ZACHARY FAIRCLOTH