**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 6:25-cv-0076-DCJ-DJA |
| UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, | |
| *Defendants*. | |

**ORDER**

**IT IS ORDERED** that the Motion to Withdraw and Substitute Counsel filed by Plaintiffs is **GRANTED**.

**IT IS FURTHER ORDERED** that Tracy Short is **WITHDRAWN** as counsel of record for Plaintiffs and that Zachary Faircloth is **SUBSTITUTED** as counsel of record for Plaintiffs in his place.

This ___ day of _____, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**