**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

STATE OF LOUISIANA, *et al.*,

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,

*Defendants*.

Case No. 6:25-cv-0076-DCJ-DJA

**ORDER**

**IT IS ORDERED** that the Motion to Withdraw and Substitute Counsel filed by Plaintiffs is **GRANTED**.

**IT IS FURTHER ORDERED** that Tracy Short is **WITHDRAWN** as counsel of record for Plaintiffs and that Zachary Faircloth is **SUBSTITUTED** as counsel of record for Plaintiffs in his place.

This 17th day of August, 2026.

David J. Ayo
United States Magistrate Judge