**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| THE STATE OF LOUISIANA,<br>By and through its Attorney General,<br>Elizabeth B. Murrill, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>*Defendants*. | No. 6:25-cv-00076-DCJ-DJA |

**STATUS REPORT**

Defendants, the U.S. Department of Commerce, Secretary of Commerce Howard W. Lutnick, the U.S. Census Bureau, and Acting Director of the Census Bureau George M. Cook, submit this status report pursuant to the Court's March 10, 2026, Order, ECF No. 70.

1. Defendants noted in their July 10, 2026 Status Report, ECF No. 82, that "the Department of Commerce has now completed drafting a proposed rule that encompasses various policy positions for the 2030 Census, including Defendants' proposed Residence Rule, and submitted the proposed rule to the Office of Management and Budget in accordance with the prescribed pre-publication interagency review process." ECF No. 82 ¶ 2. That review process is complete. The proposed rule was posted for public inspection today, and is scheduled to be published tomorrow. *See* U.S. Census Bureau, *Decennial Census of the Population of Americans; Proposed Residence Criteria and Proposed Regulations for Demographic Questions*, -- Fed. Reg. ------ (last viewed on April 9, 2026) (available at https://perma.cc/8XBR-37K3) (available in

unpublished version, and noting "This document is **unpublished**. It is scheduled to be published on 09/10/2026." (emphasis in original)).

2. Defendants will continue to advise the Court on the progress and anticipated timing of agency actions relevant in this matter, and will file another status report on November 9, 2026, which is 60 days from today.

Dated: September 9, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director

STEPHEN M. ELLIOTT
Assistant Branch Director

/s/ *Kevin K. Bell*
KEVIN K. BELL
(GA Bar No. 967210)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-8613
E-mail: Kevin.K.Bell@usdoj.gov

*Counsel for Defendants*