**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| THE STATE OF LOUISIANA,<br>By and through its Attorney General,<br>Elizabeth B. Murrill, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>*Defendants*. | No. 6:25-cv-00076-DCJ-DJA |

**[PROPOSED] ORDER**

The Court has considered the Parties' Joint Motion to Continue Status Conference, ECF No.86, and finds that there is good cause to grant the motion.

IT IS ORDERED that the in-person status conference currently set for November 10, 2026 is continued until further notice. IT IS FURTHER ORDERED that within 14 days after the U.S. Department of Commerce issues a final rule as to the residency requirements for the 2030 Census, the Parties shall file a joint status report updating the Court, and proposing a schedule for further proceedings.

SO ORDERED on this, the ___ day of October, 2026.

________________________________
David J. Ayo
United States Magistrate Judge