**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| THE STATE OF LOUISIANA,<br>By and through its Attorney General,<br>Elizabeth B. Murrill, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>*Defendants*. | No. 6:25-cv-00076-DCJ-DJA |

**ORDER**

The Court has considered the Parties' Joint Motion to Continue Status Conference, [Doc. 86], and finds that there is good cause to grant the motion.

IT IS ORDERED that the in-person status conference currently set for November 10, 2026 is continued until further notice. IT IS FURTHER ORDERED that within 14 days after the U.S. Department of Commerce issues a final rule as to the residency requirements for the 2030 Census, the Parties shall file a joint status report updating the Court, and proposing a schedule for further proceedings.

THUS, DONE AND SIGNED in chamber on this the 21st day of October 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE