**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

THE STATE OF LOUISIANA,
By and through its Attorney General,
Elizabeth B. Murrill, et al.

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF COMMERCE, et al.,

*Defendants*.

No. 6:25-cv-00076-DCJ-DJA

**STATUS REPORT**

Defendants, the U.S. Department of Commerce, Secretary of Commerce Howard W. Lutnick, the U.S. Census Bureau, and Deputy Under Secretary for Economic Affairs George M. Cook,[1] submit this status report pursuant to the Court's March 10, 2026, Order, ECF No. 70.

1. The Parties noted in their Joint Motion to Continue Status Conference, ECF No. 86, that the U.S. Department of Commerce has published a proposed rule addressing the potential residence requirements for the 2030 Census. *See id.* at 1 (citing Decennial Census of the Population of Americans; Proposed Residence Criteria and Proposed Regulations for Demographic Questions, 91 Fed. Reg. 57524 (Sep. 10, 2026) ("NPRM")). The comment period for the NPRM was extended until November 2, 2026. *See id.* at 2–3 (citing Decennial Census of the Population of Americans; Proposed Residence Criteria and Proposed Regulations for Demographic Questions; Extension of Comment Period, 91 Fed. Reg. 63207 (Oct. 5, 2026)).

[1] Deputy Under Secretary Cook is performing the non-exclusive functions and duties of the Director of the U.S. Census Bureau.

2. Defendants are considering next steps towards a potential final rule and will continue to advise the Court on the progress and anticipated timing of agency actions relevant in this matter. Accordingly, and pursuant to this Court's March 10 Order, ECF No. 70, Defendants will file another status report on January 8, 2027, which is 60 days from today.

Dated: November 9, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director

STEPHEN M. ELLIOTT
Assistant Branch Director

/s/ *Kevin K. Bell*
KEVIN K. BELL
(GA Bar No. 967210)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-8613
E-mail: Kevin.K.Bell@usdoj.gov

*Counsel for Defendants*